## 636 DECISIONS IN CASES NOT REPORTED.

wright Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Mark R. Wendell, Appellant, v. Anton Reeves, Respondent.—Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Albert P. Stewart, Plaintiff, v. John W. Fleck, and others, Defendants.—Order affirmed, with costs. Opinion by Van Brunt, P. J.

Catharine Mendel, Respondent, v. Morris Mendel, Appellant.—Order reversed, without costs. Opinion *Per Curiam.*

Edmund F. Holbrook, and another, Respondents, v. Cornelia Anthony, and others, Appellants. — Judgment affirmed. Opinion *Per Curiam.*

In the Matter of Benjamin H. Kendricks. — Order affirmed, with costs and disbursements. Opinion *Per Curiam.*

Charles W. Watson, Respondent, v. Broadway and Seventh Avenue Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion *Per Curiam.*

Frank L. Tapscott, Respondent, v. Del'Orme Knowlton, and others, Appellants. — Order reversed, with ten dollars costs and disbursements. Opinion by Brady, J.

Silver King Mining Company, Respondent, v. Del'Orme Knowlton, and others, Appellants.— Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

In the Matter of Robert Soutter, Deceased.— Order affirmed, with costs and disbursements. Opinion *Per Curiam.*

In the Matter of Bernard McKenna, Appellant.—Order modified by limiting the period of inquiry to five years preceding the date of the entry of the amendatory order appealed from herein, without prejudice to an application on behalf of Mr. McKenna for a commission to Ireland, to take testimony as to his state of mind for the period allowed by the order to be entered hereon, and as modified, affirmed without costs.

West Philadelphia Bank, Appellant, v. Allston Gerry, Respondent, Impleaded, etc. —'Order affirmed, with ten dollars costs and disbursements.

Farmers' Loan and Trust Company, Appellant, v. Bankers and Merchants' Telegraph Company, and others. — Order affirmed, with ten dollars costs and disbursements.

Hong Kong and Shanghai Banking Corporation, Respondent, v. William B. Cooper, Appellant.—Order modified as directed in opinion, and affirmed as modified, without costs. Opinion *Per Curiam.*

Carl L. Recknagel, Appellant, v. Pedro Le Cocq, Respondent: — Judgment reversed, new trial ordered, with costs to appellant, to abide event. Opinion *Per Curiam.*

James M. Smith, Appellant, v. Elizabeth Van Antwerp, Respondent. — Judgment affirmed, with costs. Opinion *Per Curiam.*

Michael Curry, Respondent, v. Michael Redmond, Appellant.—Judgment affirmed.

Rudolph Deimel, Appellant, v. Marshall Field, Respondent.—Order reversed, with ten dollars costs and disbursements to appellant, to abide event ; and motion remitted to Special Term, to be heard on the merits.

Benjamin Foster, Appellant, v. Indianapolis, Cincinnati and Lafayette Railroad Company.— Order affirmed, with ten dollars costs and disbursements

William H. Stallcup, Respondent, v. National Park Bank, Appellant.—Judgment reversed, new trial ordered, costs to appellant, to abide event. Opinion by Van Brunt, P. J.

Matthias Aalholm, v. The People of the State of New York.—Motion denied, with leave to renew on compliance with suggestions contained in opinion. Opinion *Per Curiam.*

William H. Ricketts, Appellant, v. Daniel T.

Wilson, Respondent.—Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

Louis Greenhut, Assignee, Respondent, v. Leo Pinner and others, Appellants. — Order affirmed, with ten dollars costs and disbursements.

William W. Thomas and another, Respondents, v. Mutual Reserve Fund Life Association, Appellant.—Order reversed, with costs to abide event, and order made changing place of trial, unless within twenty days after service of notice of order, to be entered hereon, the plaintiffs stipulate that the evidence of such witnesses as the defendant may desire to take in the county of Wyoming shall be so taken before a referee to be selected by the parties, or, if they cannot agree, to be appointed by the court, and that such evidence be read on the trial with the same effect as though the witnesses were present, and in case such stipulation be given, order affirmed, with costs to abide event. Opinion *Per Curiam.*

Wallace P. Birdsall and others, Appellants, v. Wellington B. Searls and another, Respondents.—Order modified as directed in opinion, with costs to abide the event. Opinion *Per Curiam.*

George K. Dauchy, Respondent, v. James C. French, Appellant.—Order affirmed, with ten dollars costs and disbursements.

In the Matter of John B. Page.—Motion for reargument denied. Mem. *Per Curiam.*

The People of the State of New York *ex rel.* John Nugent v. Board of Police Commissioners.—Motion to modify order heretofore granted in this proceeding denied, and appeal dismissed unless the case be submitted within ten days.

In the Matter of Sarah Hart.—Motion denied.

Theodore L. Tomlinson v. Samuel A. Nolan and another. — Motion denied, with ten dollars costs.

Charles A. Zoebisch, v. Elizabeth J. Van Minden.—Motion denied, without prejudice to the right to renew.

Ebenezer P. Johnson, as Executor, etc., v. Ann M. B. Halsey, as Executrix, etc.—Order reversed, and order to be entered allowing defendant to serve amended answer containing defense of the statute of limitations within twenty days after service of notice of order, and upon payment of costs since service of original answer and costs of opposing the motion, costs of this appeal to abide event.

Isaac Untermeyer and another, Respondents, v. Alfred J. Beinhauer, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Virginia Terres, Respondent, v. William H. Hegeman, Appellant.—Order affirmed, with liberty to defendant to answer within twenty days after service of copy of order to be entered hereon on payment of costs of demurrer.

Maria Hallan and another v. Gustavus J. Chirong.—Order affirmed, without costs.

George W. Van Siclen v. Charles Rayhen.— Order affirmed, with ten dollars costs and disbursements, to abide event, on opinion of Lawrence, J.

George Worthington, Respondent, v. Daniel H. Dorsett, Appellant —Order reversed, with ten dollars costs and disbursements, and the paper purporting to be an attachment vacated.

Perrin H. Sumner, Respondent, v. George R. Alexander, Appellant.— Order reversed and clerk's taxation affirmed, without costs.

Cornelius W. H. Elting, Respondent, v. Charles W. Dayton, Appellant.— Motion for reargument denied.

Nathaniel Hooper v. C. McC. Beecher and others.—Motion for reargument granted.

George C. Genet, Appellant, v. Mary M. Hunt, Respondent.—Motion for reargument denied,